IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                           Case No. 05-4021-SAC

MARTHALENE HAILEY (Deceased); WILLIAM TROY BROOKS, JR.; HELENE M. SCOTT; LATEISHA HAILEY; FONTELLA STEWART; DENISE BROOKS; STATE OF KANSAS; The Unknown Heirs, Executors, Administrators, Devisees, Trustees, Legatees, Creditors, and Assignees of such of the defendants as may be deceased; the Unknown Spouses of the defendants; the Unknown Stockholders, Officers, Successors, Trustees, Creditors and Assignees of such defendants as are existing, dissolved or dormant corporations; the Unknown Executors, Administrators, Devisees, Trustees, Creditors, Successors and Assignees of such defendants as are or were partners or in partnership; and the Unknown Guardians, Conservators and Trustees of such of the defendants as are minors or are in any way under legal disability; and the Unknown Heirs, Executors, Administrators, Devisees, Legatees, Trustees, Creditors and Assignees of any Person alleged to be deceased and made defendants as such;

                Defendants.

ORDER FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS MARTHALENE HAILEY (DECEASED), HELENE M. SCOTT, LATEISHA HAILEY, <u>FONTELLA STEWART,</u> <u>DENISE BROOKS AND ALL UNKNOWN DEFENDANTS</u>

      Comes on for decision the motion of the plaintiff, United States of America, for an order of default

judgment against defendants Marthalene Haily (Deceased), Helene M. Scott, Lateisha Hailey, Fontella

Stewart, Denise Brooks and all unknown defendants. Plaintiff, United States of America, appears by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Tanya Sue Wilson, Assistant United States Attorney for the District. There are no other appearances.

The Court, upon review of the file and pleadings herein finds as follows:

1. The Complaint, Doc. 1, was filed in this Court on February 17, 2005.

2. The defendant Lateisha Hailey was served with a Summons and copy of the Complaint by a Deputy of the United States Marshal, District of Kansas, as evidenced by the Return of Service, Doc. 14, filed on April 26, 2005.

3. No answer or other defense has been filed by defendant Lateisha Hailey and more than twenty (20) days have passed since the respective dates of service.

4. A Waiver Of Service Of Summons form was mailed to defendant Fontella Stewart on February 28, 2005, as evidenced by the Certificate Of Mailing, Doc. 4.

5. The defendant Fontella Stewart executed and returned the Wavier Of Service Of Summons which was filed with the Court, Doc. 19, on May 26, 2005.

6. No answer or other defense has been filed by Fontella Stewart and more than sixty (60) days have passed since the Waiver Of Service was mailed to this defendant.

7. Defendants Marthalene Hailey (Deceased), Helene M. Scott, Denise Brooks and all unknown defendants were served by publication pursuant to 28 U.S.C. §1655 and K.S.A. §60-307 as

In The United States District Court For The District Of Kansas
*United States Of America v. Marthalene Hailey (Deceased), et al.*, Case No. 05-4021-SAC
Order for Entry of Default Judgment Against Defendants Marthalene Haley (Deceased), Helene M. Scott, Lateisha Hailey, Fontella Stewart, Denise Brooks and All Unknown Defendants, Page 2

evidenced by the Affidavit of Publication filed herein as Doc. 11 on April 20, 2005, and said service is approved by the Court.

8. No answer or other defense has been filed by Marthalene Hailey (deceased), Helene M. Scott, Denise Brooks, or an of the unknown defendants and more than twenty (20) days have passed since the dates of publication service.

9. The United States seeks an in rem judgment against Lateisha Hailey, Fontella Stewart, Marthalene Hailey (deceased), Helene M. Scott, Denise Brooks and all unknown defendants foreclosing any interest they may have in the subject real property as set forth in the Complaint filed herein.

10. The United States has attempted to verify, without the benefit of Social Security numbers, that none of the defendants are infants or incompetent persons with the Defense Manpower Data Center. This center does not report that any of these defendants are in the military service of the United States within the purview of the Soldiers' and Sailors' Relief Act of 1940, as amended by the Servicemembers Civil Relief Act of 2003.

11. An Entry Of Default, Doc. 21 was entered against Marthalene Hailey (deceased), Helene M. Scott, Lateisha Hailey, Fontella Stewart, Denise Brooks, and all unknown defendants was entered by this Court on July 19, 2005.

Based on the above findings the Court hereby grants the motion of the plaintiff, United States of America, for an order of default judgment against defendants Marthalene Haily (Deceased), Helene M. Scott, Lateisha Hailey, Fontella Stewart, Denise Brooks and all unknown defendants.

In The United States District Court For The District Of Kansas
*United States Of America v. Marthalene Hailey (Deceased), et al.*, Case No. 05-4021-SAC
Order for Entry of Default Judgment Against Defendants Marthalene Haley (Deceased), Helene M. Scott, Lateisha Hailey, Fontella Stewart, Denise Brooks and All Unknown Defendants, Page 3

IT IS SO ORDERED.

Dated this 30th day of August, 2005.

                                                                           s/ Sam A. Crow
                                                                           SAM A. CROW
                                                                           United States District Judge

Submitted By:

ERIC F. MELGREN
United States Attorney

 s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 SE Quincy
Topeka, KS  66683-3592
Telephone:  (785) 295-2850
Facsimile: (785) 295-2853
E-mail:tanya.wilson@usdoj.gov
Attorneys for the United States

In The United States District Court For The District Of Kansas
*United States Of America v. Marthalene Hailey (Deceased), et al.*, Case No. 05-4021-SAC
Order for Entry of Default Judgment Against Defendants Marthalene Haley (Deceased), Helene M. Scott, Lateisha Hailey, Fontella Stewart, Denise Brooks and All Unknown Defendants, Page 4